THE MARY LYMBURNER. HALL v. FRICKET. (Circuit Court of Appeals, First Circuit. August 10, 1893.) No. 37. Appeal from the District Court of the United States for the District of Massachusetts. This was a libel to recover damages to the schooner Robert P. King, caused by a collision between the said schooner and the schooner Mary Lymburner on the Nantucket Shoals, December 12, 1891. There was a decree dismissing the libel, and the libelant appeals. Thos. J. Morrison, for appellant. Frederic Dodge, for appellee. Before COLT and PUTNAM, Circuit Judges, and WEBB, District Judge. No opinion. Dismissed pursuant to the twentieth rule.

NEW DEPARTURE BELL CO. v. HARDWARE SPECIALTY CO. et al. (Circuit Court of Appeals, Third Circuit. September 15, 1896.) No. 4. Appeal from the Circuit Court of the United States for the District of New Jersey. Dismissed pursuant to the twenty-second rule.

RICHARDSON v. INTERNATIONAL PAVEMENT CO. (Circuit Court of Appeals, Third Circuit. September 21, 1896.) No. 36. Appeal from the Circuit Court of the United States for the Eastern District of Pennsylvania. Dismissed pursuant to the twentieth rule.

UNITED STATES v. STOWELL et al. (Circuit Court of Appeals, First Circuit. February 12, 1896.) No. 141. Error to the District Court of the United States for the District of Massachusetts. This was an information for the forfeiture of a distillery owned by Joseph Stowell and Thomas Bevington. The judgment of the district court dismissing the information was affirmed by the circuit court, whereupon the United States sued out a writ of error to the supreme court, which court reversed the judgment and remanded the cause for further proceedings. 133 U. S. 1, 10 Sup. Ct. 244. The district court rendered a judgment of forfeiture, one-half the costs to be taxed against each of the claimants, respectively. The United States brings error. Before PUTNAM, Circuit Judge, and WEBB, District Judge. No opinion. Dismissed without costs.